

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

### NO. WR-68,213-06

### EX PARTE CARL WAYNE WILEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR43897-C IN THE 385TH DISTRICT COURT
### FROM MIDLAND COUNTY

*Per curiam.*

### ORDER

Applicant was convicted of murder and sentenced to fifty years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims regarding judicial and prosecutorial misconduct involving former assistant district attorney Ralph Petty are without merit. There is no indication that Mr. Petty worked on this applicant's prior habeas application for the judge's office in this cause. Therefore, we deny relief.

Applicant's other claims challenging his conviction are dismissed pursuant to TEX.

CODE CRIM. PRO. Art. 11.07 §4.


Delivered:   March 16, 2022

Do not publish